

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00854-CR

Daniel **FLORES JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 18-04-00010-CRL
Honorable Russell Wilson, Judge Presiding

## O R D E R

The Motion to Withdraw as Attorney of Record filed by Adrian Perez is NOTED. The court has updated its records to reflect that Edgardo R. Baez is appellate counsel.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court